**Jesse BUSK; Laurie Castro, on behalf of themselves and all others similarly situated, Plaintiffs–Appellants,**

**v.**

**INTEGRITY STAFFING SOLUTIONS, INC., Defendant–Appellee.**

**No. 11–16892.**

United States Court of Appeals, Ninth Circuit.

July 7, 2015.

Mark Russell Thierman, Joshua D. Buck, Thierman Law Firm, Reno, NV, for Plaintiffs–Appellants.

Roger L. Grandgenett, II, Peter D. Navarro, Rick D. Roskelley, Esquire, Littler Mendelson, PC, Las Vegas, NV, for Defendant–Appellee.

Before: SIDNEY R. THOMAS, Chief Judge and JEROME FARRIS and N. RANDY SMITH, Circuit Judges.

### ORDER

Pursuant to the Opinion of the Supreme Court in *Integrity Staffing Solutions, Inc. v. Busk,* 574 U.S. ——, 135 S.Ct. 513, 190 L.Ed.2d 410 (2014), the judgment of the district court dismissing Plaintiffs' claims that they were entitled to compensation for time spent passing through security screening at the end of the work day under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.,* as amended by the Portal–to–Portal Act of 1947, § 251 *et seq.,* and under parallel state law, is **AFFIRMED.** Costs are awarded to Defendant in the amount of $1,077.25.